UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SACRAMENTO MAIN JAIL, et al.,<br><br>　　　　　　Respondents. | No.  2:22-cv-02045 DB<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than four hundred days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for without prejudice for failure to prosecute. See Local Rule 183(b).

Further, the Clerk of the Court is ORDERED to randomly assign this action to a United States District Judge.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, any party may file written

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 22, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/S/willi.2045.f+r.diss